COM.

v.

LOVE, B.

**3788 EDA 2016**

Superior Court of Pennsylvania.

07/13/2017

CP–15–CR–0001744–2016 (Chester)

Affirmed

COM.

v.

FORD, J.

**263 EDA 2017**

Superior Court of Pennsylvania.

07/13/2017

Reargument Denied 8/25/2017

CP–48–CR–0000796–2002    (Northampton)

Affirmed

COM.

v.

REED, J.

**1875 MDA 2016**

Superior Court of Pennsylvania.

07/13/2017

CP–36–CR–0000323–2014
CP–36–CR–0005013–2012
(Lancaster)

Affirmed

COM.

v.

FAISON, N.

**292 MDA 2017**

Superior Court of Pennsylvania.

07/13/2017

CP–41–CR–0000147–2014 (Lycoming)

Vacated/Remanded